UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHELLY R. JONES**                                                                           **PLAINTIFF**

V.                      No. 3:21-cv-36-DPM-JTR

**KEITH BOWERS, Jail Administrator,**
**Craighead County Detention Center**                            **DEFENDANT**

## ORDER

On April 16, 2021, mail sent to Plaintiff Shelly Jones ("Jones") at her address of record, the Craighead County Detention Center ("CCDC"), was returned as undelivered, with the notation "Not in jail." *Doc.4*. The Court has previously notified Jones of her obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3*.

IT IS THEREFORE ORDERED THAT:

1. If Jones wishes to continue pursuing this lawsuit, she must, within thirty (30) days of the date of this Order, file a notice of her current mailing address.[1]

2. If Jones does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] If Jones has been released from incarceration, she will then be required to file an updated *in forma pauperis* application or pay the $402 filing fee for this action.

IT IS SO ORDERED this 27th day of April, 2021.

*J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE