# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHELLY R. JONES                                                              PLAINTIFF

v.                              No: 3:21-cv-36-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Facility; and
CRAIGHEAD COUNTY DETENTION
CENTER                                                                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Jones hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; her mail is still being returned undelivered. Doc. 3-6. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 June 2021