IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHELLY R. JONES                                                       PLAINTIFF

v.                            No: 3:21-cv-36-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Facility; and
CRAIGHEAD COUNTY DETENTION
CENTER                                                                DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2021